■ In the Matter of GEM CREDIT CORPORATION, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— In a proceeding under article 78 of the Civil Practice Act, to compel the Consolidated Edison Company of New York, Inc., to supply electric current to the premises occupied by the petitioner, the Edison Company appeals from so much of an order of the Supreme Court, Queens County, dated August 4, 1960, as denies its motion to dismiss the petition and as grants in all respects, without a trial, the petitioner's application and directs the Edison Company to supply forthwith electric current to petitioner's premises. Order modified: (1) by striking out the third decretal paragraph granting the petitioner's application, and (2) by striking out the fourth decretal paragraph directing the Edison Company to supply current forthwith. As so modified, the order, insofar as appealed from, is affirmed, without costs; and the proceeding is remitted to the Special Term for a trial. The pleadings raise issues of fact. Without taking proof the Special Term decided such issues on the basis of the pleadings and affidavits. In our opinion, this was error. The issues of fact here raised should be resolved after a trial and the taking in open court of all the proof bearing upon such issues. Pending the trial and the entry of the final order, the Edison Company is stayed from discontinuing its supply of electric current to petitioner's premises. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur. [25 Misc 2d 359.]

■ In the Matter of the Accounting of ISIDORO RIZZO, as Administrator of the Estate of ANTONIO RIZZO, Deceased, Respondent. VINCENZO RIZZO et al., Appellants; TOMMASA LICATA et al., Respondents.— In a proceeding by an administrator to settle his account, two nonresident distributees, Vincenzo Rizzo and Antonina Lamberta, and their attorney in fact, Vincent J. Correnti, appeal from an order of the Surrogate's Court, Kings County, dated July 11, 1960, denying their motion: (a) to vacate its prior order dated May 26, 1959, appointing the Hon. Peter P. Smith, as Referee to hear and report; (b) to vacate its prior order, dated February 8, 1960, appointing J. Read Smith, Esq., as substitute or successor Referee, in place of the Hon. Peter P. Smith, deceased; and (c) to reject the report of said substitute Referee, dated April 12, 1960. Order affirmed, with $10 costs and disbursements payable by appellants to the claimant-respondent Vincent Rizzo. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.